This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CITY OF ROSWELL,**

**Plaintiff-Appellee,**

**v.**                                                                    **No. 34,829**

**OLGA FUENTES,**

**Defendant-Appellant.**

**APPEAL FROM THE DISTRICT COURT OF CHAVES COUNTY**
**James M. Hudson, District Judge**

Paul V. Sanchez
Roswell, NM

for Appellee

Jesse R. Cosby, P.C.
Jesse R. Cosby
Roswell, NM

for Appellant

## MEMORANDUM OPINION

**HANISEE, Judge.**

{1}    Defendant appeals her conviction for violating a City of Roswell municipal ordinance that outlaws obstructing a peace officer while the officer is in the lawful performance of his duties. We issued a notice of proposed disposition proposing to affirm, and Defendant has filed a response indicating she has decided not to challenge the Court's proposed affirmance. Therefore, for the reasons stated in the notice of proposed disposition, we affirm Defendant's conviction.

{2}    **IT IS SO ORDERED.**

 

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**RODERICK T. KENNEDY, Judge**

**M. MONICA ZAMORA, Judge**